No. 6185.—VÁZQUEZ PRADA, aplte., *v.* ROCCO ET AL., apldo.—C. D. San Juan.
Noviembre 15, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

No habiéndose demostrado que el apelante no haya procedido con la debida diligencia para tramitar el recurso de apelación interpuesto y no pudiendo esta corte considerar la cuestión de frivolidad que plantea la parte apelada por no haber sido elevados aún los autos ante este tribunal, se declara sin lugar la moción de la parte apelada para que se desestime la apelación.

No. 5948.—ROSARIO, ET AL., apltes, *v.* VEGA, ET ALS., apldos.— C. D. Guayama. Noviembre 15, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, la parte apelada solicita la desestimación de este recurso por no haberse presentado el alegato de rigor a pesar de haber transcurrido seis meses desde la radicación de los autos en este tribunal, y por ser frívola la apelación.

POR CUANTO, los apelantes presentaron su alegato dentro de las prórrogas concedídasles por la corte.

POR CUANTO, no estamos convencidos de que todos los errores señalados por la parte apelante carecen de mérito.

POR TANTO, no ha lugar a la desestimación solicitada.